# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          No. 3:11CV00065 JLH

ALAN V. SEAGRAVE                                                     DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the notice of voluntary dismissal with prejudice filed by the United States of America on September 7, 2011, this action is dismissed with prejudice.

IT IS SO ORDERED this 29th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE